UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SANDRA RODRÍGUEZ-COTTO; RAFELLI GONZÁLEZ-COTTO,<br><br>*Plaintiffs*,<br><br>v.<br><br>WANDA VÁZQUEZ-GARCED, Governor of Puerto Rico; DENNISE NOEMÍ LONGO-QUIÑONES, Secretary of Department of Justice of Puerto Rico; PEDRO JANER, Secretary of Puerto Rico Department of Public Safety; HENRY ESCALERA, Puerto Rico Police Commissioner, all in their official capacities,<br><br>*Defendants*. | Civil Action No. _____<br><br>Preliminary and Permanent Injunction |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs Sandra D. Rodríguez Cotto and Rafelli González Cotto move this Court for a preliminary injunction prohibiting Defendants, including all of Defendants' subordinates and other persons in active concert or participation with Defendants, from enforcing 25 L.P.R.A. §§ 3654(a) and (f), both on their face and as applied to Plaintiffs

As more fully explained in the accompanying memorandum of law, a preliminary injunction is warranted because: (i) Plaintiffs are likely to succeed on their claim that the Challenged Provisions violate their rights under the First and Fourteenth Amendments; (ii) Plaintiffs will suffer irreparable harm if the Challenged Provisions are not enjoined; (iii) the balance of hardships tips strongly in Plaintiffs' favor; and (iv) the public interest will be served by a preliminary injunction enforcing the Constitution. Plaintiffs further request that, given the nature of the relief sought, bond be waived should the Court grant preliminary injunctive relief.

1

This Motion is based upon the Complaint filed in this case, the memorandum of law filed herewith, and the following documents:

1. Attached as **Exhibit 1** is a true and accurate copy of the May 19, 2020, Declaration of Sandra D. Rodríguez-Cotto.

2. Attached as **Exhibit 2** is a true and accurate copy of the May 19, 2020, Declaration of Rafelli González-Cotto

WHEREFORE, Plaintiffs respectfully request that the Court issue a preliminary injunction prohibiting Defendants from enforcing 25 L.P.R.A. §§ 3654(a) and (f).

Respectfully submitted,

S/ Fermin L. Arraiza-Navas
#215705
farraiza@aclu.org
William Ramirez-Hernández+
American Civil Liberties Union
of Puerto Rico
Union Plaza, Suite 1105
416 Avenida Ponce de León
San Juan, Puerto Rico 00918
(787) 753-9493
(646) 740-3865

Brian Hauss*
Emerson Sykes+
Arianna Demas+
ACLU Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500
bhauss@aclu.org

*Pro hac vice application forthcoming*
*+ Of counsel*

*Attorneys for Plaintiffs*