UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SANDRA RODRÍGUEZ-COTTO; RAFELLI GONZÁLEZ-COTTO, *Plaintiffs*, v. WANDA VÁZQUEZ-GARCED, Governor of Puerto Rico; DENNISE NOEMÍ LONGO-QUIÑONES, Secretary of Department of Justice of Puerto Rico; PEDRO JANER, Secretary of Puerto Rico Department of Public Safety; HENRY ESCALERA, Puerto Rico Police Commissioner, all in their official capacities, *Defendants*. | Civil Action No. _____ Preliminary and Permanent Injunction |

ORDER TO SHOW CAUSE
FOR PRELIMINARY INJUNCTION

Upon the declarations of plaintiffs Sandra Rodriguez-Cotto and Rafelli Gonzalez-Cotto, dated May 19, 2020; Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction, and the Complaint, dated May 20, 2020;

IT IS HEREBY ORDERED, that the above named defendants Show Cause before this Court, at room_____ or by Video Conference, before Judge_____ on the _____ of May, 2020, at _____ AM/PM, why an Order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure, declaring that 25 L.P.R.A. §§ 3654(a) and (f) violate the First and Fourteenth Amendments to the United States Constitution, both on their face and as applied to Plaintiffs; and preliminarily and permanently restraining and enjoining the defendants, including all of Defendants' subordinates and other persons in active concert or

1

participation with Defendants, in this action, from enforcing 25 L.P.R.A. §§ 3654(a) and (f), both on their face and as applied to Plaintiffs.

   IT IS FURTHER ORDERED, that in light of the matter and interests alleged, plaintiffs [shall post no security] or [shall post the nominal amount of $1.00].

   IT IS FURTHER ORDERED, that upon the defendants or their counsel shall be served with this order on/or before _____ of May, 2020.

   AND IT IS FURTHER ORDERED, that any opposing papers, if any, and responses, shall be filed _____ days of the service of this order.


Dated_____


                                                  Signed _____
                                                         United States District Court Judge