**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| SANDRA RODRÍGUEZ-COTTO; RAFELLI GONZÁLEZ-COTTO, <br><br>  Plaintiffs, <br><br> v. <br><br> WANDA VÁZQUEZ-GARCED, Governor of Puerto Rico; DENNISE NOEMÍ LONGO-QUIÑONES, Secretary of Department of Justice of Puerto Rico; PEDRO JANER, Secretary of Puerto Rico Department of Public Safety; HENRY ESCALERA, Puerto Rico Police Commissioner, all in their official capacities, <br><br>  Defendants. | CIVIL NO. 20-cv-01235 (PAD) <br><br> Preliminary and Permanent Injunction |

**MOTION IN COMPLIANCE WITH COURT ORDER**

TO: THE HONORABLE COURT

   COME NOW the Plaintiffs represented by the American Civil Liberties Union (ACLU Puerto Rico) and ACLU Foundation, and respectfully allege and pray:

   1. On May 22, 2020, the Court issued an Order (Dkt. 5) scheduling the proceedings before the Court and asking Plaintiffs to serve a copy of said Order on all defendants.

   2. In compliance with Court's Order, the service was executed on all defendants on May 26, 2020. See attached proof of service subscribed by Mr. Miguel A. Rivera González. (Exhibits 1-5). A copy of Dkt. No. 4 (Exh. 4-1 to 4-3) was attached to the Order (Dkt. No. 5) and served on all defendants.

*Motion in Compliance with Court Order*
Civil No. 20-1235 (PAD)

WHEREFORE, the undersigned counsels respectfully request that the Court take notice of the above-mentioned information and consider plaintiffs in compliance with Court's Order (Dkt. 5).

Respectfully submitted, in San Juan, Puerto Rico, 26 day of May 2020.

**I HEREBY CERTIFY** that the foregoing motion has been served on all defendants through the CM/ECF filing system which will notify copy of this motion.

*S/Fermín L. Arraiza Navas*
FERMÍN L. ARRAIZA NAVAS
USDC-PR 215705
farraiza@aclu.org

WILLIAM RAMÍREZ HERNÁNDEZ
wramirez@aclu.org
American Civil Liberties Union of Puerto Rico
Union Plaza
416 Ponce de León Avenue, Suite 1105
San Juan, PR 00918
Tel. (787) 753-9493
Fax (646) 740-3865

Brian Hauss*
Emerson Sykes+
Arianna Demas+
ACLU Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2500
bhauss@aclu.org
*Pro hac vice*
+Of counsel
Attorneys for Plaintiffs