UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SANDRA RODRÍGUEZ COTTO; RAFELLI GONZÁLEZ COTTO,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>WANDA VÁZQUEZ GARCED, Governor of Puerto Rico; DENNISE NOEMÍ LONGO QUIÑONES, Secretary of Department of Justice of Puerto Rico; PEDRO JANER, Secretary of Puerto Rico Department of Public Safety; HENRY ESCALERA, Puerto Rico Police Commissioner, all in their official capacities,<br><br>   *Defendants*. | Civil Action No.: 3:20-01235-PAD |

### NOTICE OF SUBMISSION OF CERTIFIED TRANSLATIONS

  **COME NOW** Plaintiffs Sandra D. Rodríguez Cotto and Rafelli González Cotto, through undersigned counsel, and respectfully state as follows:

  1. On May 20, 2020, Plaintiffs filed a motion for preliminary injunction in the above-captioned case. (DE 1-1.) In the motion, Plaintiffs referenced several documents in the Spanish language and indicated they would subsequently file certified English translations of the documents.

  2. By way of this Notice, Plaintiffs hereby file the certified English translations of the referenced documents.

  3. Attached as Exhibit 1 is a certified English translation of Article 6.14(a) of Law 20-2017, codified at 25 L.P.R.A. § 3654(a).

4. Attached as Exhibit 2 is a certified English translation of Law 35-2020.

5. Attached as Exhibit 3 are certified English translations of two Spanish-language news articles cited in footnotes 3 and 9 of Plaintiffs' motion for preliminary injunction (DE 1-1).

6. Plaintiffs respectfully notify the Court that the news article cited in footnote 7 of Plaintiffs' motion for preliminary injunction, *NotiCel*, *Señalan a pastor como autor de audio falso por Whatsapp*, Mar. 23, 2020, no longer appears to be available. Plaintiffs are therefore unable to provide a certified English translation of this document at this time.

WHEREFORE, Plaintiffs respectfully request that the Court takes notice of the filing of the above-referenced certified translations referenced in Plaintiffs' motion for preliminary injunction and attached to this notice as Exhibits 1 through 3.

DATED: June 3, 2020.

S/ Fermin L. Arraiza-Navas
**FERMÍN L. ARRAIZA NAVAS**
USDC-PR 215705
William Ramirez-Hernández+
American Civil Liberties Union
 of Puerto Rico
Union Plaza
416 Avenida Ponce de León, Suite 1105
San Juan, Puerto Rico 00918
(787) 753-9493; (646) 740-3865
farraiza@aclu.org

Brian Hauss*
Emerson Sykes+
Arianna Demas+
ACLU Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500
bhauss@aclu.org
*Pro Hac Vice*
+ *Of counsel*
*Attorneys for Plaintiffs*