# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SANDRA RODRÍGUEZ COTTO; RAFELLI GONZÁLEZ COTTO, <br><br> *Plaintiffs*, <br><br> v. <br><br> WANDA VÁZQUEZ GARCED, Governor of Puerto Rico; DENNISE NOEMÍ LONGO QUIÑONES, Secretary of Department of Justice of Puerto Rico; PEDRO JANER, Secretary of Puerto Rico Department of Public Safety; HENRY ESCALERA, Puerto Rico Police Commissioner, all in their official capacities, <br><br> *Defendants*. | Civil Action No.: 3:20-01235-PAD |

## MOTION FOR LEAVE TO FILE AN OVERLENGTH REPLY MEMORANDUM

**COME NOW** Plaintiffs Sandra D. Rodríguez Cotto and Rafelli González Cotto, through undersigned counsel, and respectfully state as follows:

1. On this date, in compliance with the Court's Order at Docket No. 5, Plaintiffs will file a Reply Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction.

2. On June 5, the Court granted Defendants' motion for leave to file an overlength opposition memorandum. Dkt. No. 14.

3. In accordance with Local Rule 7(d), a reply memorandum in support of a motion for injunctive relief may not exceed ten (10) pages, except by the Court's leave.

4. Plaintiffs worked diligently to limit the length of their reply memorandum. However, in order to respond to the numerous arguments raised in Defendants' overlength

opposition memorandum, Plaintiffs' reply memorandum required additional pages in excess of those allowed under the Local Rule.

WHEREFORE, Plaintiffs therefore respectfully request the Court's leave to file an overlength Reply Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction in excess of ten (10) pages.

I HEREBY CERTIFY: That on this same date I have served this Motion to all defendants through the CM/ECF system which will serve copies to all parties in this case.

DATED: June 10, 2020

S/ Fermin L. Arraiza-Navas
#215705
William Ramirez-Hernández+
American Civil Liberties Union
of Puerto Rico
Union Plaza
416 Avenida Ponce de León, Suite 1105
San Juan, Puerto Rico 00918
(787) 753-9493
(646) 740-3865
farraiza@aclu.org
wramirez@aclu.org

Brian Hauss*
Emerson Sykes+
Arianna Demas+
ACLU Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500
bhauss@aclu.org

*Pro hac vice
+ Of counsel

Attorneys for Plaintiffs
