**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **SANDRA RODRÍGUEZ-COTTO, ET AL.** | |
| **Plaintiff,** | |
| v. | **CIVIL NO. 20-1235 (PAD)** |
| **WANDA VÁZQUEZ-GARCED, et al.,** | |
| **Defendants.** | |

**MINUTES OF PROCEEDINGS: TELEPHONE CONFERENCE**

Today, the court held a telephone conference with attorneys Fermín L. Arraiza-Navas, attorney for plaintiffs; and Susana I. Peñagarícano-Brown, Juan C. Ramírez and Joel Torres, attorneys for defendants. The conference started at 11:10 a.m. and ended at 11:21 a.m.

1. The court inquired as to the hearing the parties envision and whether any of them will need to present any exhibits or live testimony. Attorney Arraiza explained the parties conferred as to this matter and exchanged proposed factual stipulations that will be submitted to the court later today. In light of the factual stipulations and the unsworn statements already filed, they will not need to present any exhibits or live testimony. Rather, they envision a motion hearing during which the parties will argue the motions that are already on the docket and refer to the factual stipulations.

2. Attorney Ramirez agreed and informed the court as to the status of the factual stipulations. In addition, he inquired as to whether the court will consider arguments regarding the mootness issue at the hearing. The court pointed out that the parties should be ready to argue all motions filed and to answer any questions the court may have with respect to those motions.

Rodríguez-Cotto et al v. Vázquez-Garced et al.
Civil No. 20-1235 (PAD)
Minutes of Proceedings Telephone Conference
Page 2

3. Attorney Arraiza informed that plaintiff requested a certified translation of Senate Bill 1582 and will be submitting the translation for the record with his brief.

**SO ORDERED.**

In San Juan, Puerto Rico, this 19th day of June, 2020.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge
