IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SANDRA RODRÍGUEZ-COTTO; RAFELLI GONZÁLEZ-COTTO<br><br>*Plaintiffs,*<br><br>v.<br><br>**WANDA VÁZQUEZ-GARCED**, Governor of Puerto Rico; **INÉS DEL C. CARRAU MARTÍNEZ**, Interim Secretary of Justice of Puerto Rico; **PEDRO JANER**, Secretary of the Department of Public Safety of Puerto Rico; **HENRY ESCALERA**, Commissioner of the Puerto Rico Police Bureau, all in their official capacities<br><br>*Defendants.* | CIVIL No. 20-01235 (PAD)<br><br>**RE:** Preliminary and Permanent Injunction |

## INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

    **COME NOW**, co-defendants **Wanda Vázquez-Garced**, Governor of Puerto Rico; **Inés del C. Carrau-Martínez**,[1] Interim Secretary of Justice of Puerto Rico; **Pedro Janer**, Secretary of the Department of Public Safety of Puerto Rico; and, **Henry Escalera**, Commissioner of the Puerto Rico Police Department, all in their official capacities, without waiving any right or defense arising from Title III of *Puerto Rico Oversight, Management and Economic Stability Act* ("PROMESA"), 48 U.S.C. §§2101 *et seq.*, and the Commonwealth's Petition under said Title or under this case and without submitting to the Court's jurisdiction, and through the undersigned attorney, very respectfully **STATE** and **PRAY** as follows:

---

[1] Originally, the Complaint was filed against then-Secretary of Justice, Dennise N. Longo-Quiñones. However, since Attorney Longo-Quiñones resigned, she has been automatically substituted as a party by Hon. Inés del C. Carrau-Martínez, Interim Secretary of Justice. *See* Fed. R. Civ. P. 25(d).

1

1. On July 1, 2020, the Court held a *Status Conference* in which Defendants informed that Senate Bill No. 1582 was passed by the Commonwealth of Puerto Rico's Legislature and that the Governor had a constitutional term of thirty (30) days to sign it into law. *See* Docket No. 33 at 1. Defendants accurately represented to the Court that Senate Bill No. 1582 would be signed into law and that it was not a matter of *if* but of *when* the Governor would do so. *Id*. Consequently, the Court ordered the parties to file a motion to inform if said bill was signed into law. *Id*. at 3.

2. **Defendants hereby inform that Hon. Wanda Vázquez-Garced, Governor of Puerto Rico, signed Senate Bill No. 1582 into law on July 13, 2020**. Thus, Senate Bill No. 1582 became Act No. 66-2020, which substantially amended Section (a) and suppressed Section (f) of Article 6.14 of the *Puerto Rico Public Safety Department Act*, Act No. 20-2017.

**WHEREFORE**, the Defendants request that the Court **notes** that Senate Bill No. 1582 was signed into law on July 13, 2020.

**I HEREBY CERTIFY** that the undersigned attorney electronically filed the foregoing with the Clerk of the Court, which will send notification of such filing to the parties subscribing to the CM/ECF System.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 15th day of July 2020.

| | |
|---|---|
| **INÉS DEL C. CARRAU-MARTÍNEZ**<br>Interim Secretary of Justice<br><br>**WANDYMAR BURGOS-VARGAS**<br>Deputy Secretary in Charge of Litigation<br><br>**SUSANA I. PEÑAGARÍCANO-BROWN**<br>Director of Legal Affairs<br>Federal Litigation and Bankruptcy Division | */s/ Juan C. Ramírez-Ortiz*<br>**JUAN C. RAMÍREZ-ORTIZ**<br>USDC-PR No. 306507<br>Department of Justice of Puerto Rico<br>Federal Litigation Division<br>PO Box 9020192<br>San Juan, PR 00902-0192<br>Phone: (787)721-2900, ext. 1421<br>juramirez@justicia.pr.gov |