**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| SANDRA RODRÍGUEZ COTTO; RAFELLI GONZÁLEZ COTTO,<br><br>*Plaintiffs*,<br><br>v.<br><br>WANDA VÁZQUEZ GARCED, Governor of Puerto Rico; DENNISE NOEMÍ LONGO QUIÑONES, Secretary of Department of Justice of Puerto Rico; PEDRO JANER, Secretary of Puerto Rico Department of Public Safety; HENRY ESCALERA, Puerto Rico Police Commissioner, all in their official capacities,<br><br>*Defendants*. | Civil Action No.: 3:20-01235-PAD |

**MOTION TO COMPEL DEFENDANTS TO FILE AN AUTHENTICATED COPY OF ACT NO. 66-20 TOGETHER WITH A CERTIFIED TRANSLATION**

TO: THE HONORABLE COURT

    **COME NOW** Plaintiffs Sandra D. Rodríguez Cotto and Rafelli González Cotto, through undersigned counsel, and respectfully state as follows:

    1.    On June 15, 2020, Defendants' filed an informative motion notifying the Court that Governor Wanda Vázquez-Garced signed Senate Bill 1582 into law on June 13, 2020. Dkt. No. 35. According to Defendants' notice, Senate Bill 1582 became Act No. 66-20. *Id.*

    2.    Defendants' notice did not include an authenticated copy of Act No. 66-20. At this time, Plaintiffs are unable to locate an official copy of the Act.

    3.    An official record of Act No. 66-20, and a certified translation of the Act, are necessary to the adjudication of this case. In particular, Plaintiffs require these

documents in order to prepare their proposed amended complaint and their amended motion for preliminary injunction.

**WHEREFORE**, Plaintiffs respectfully request that the Court order Defendants to file an authenticated copy of Act. No. 66-20, together with a certified translation of the Act.

**I HEREBY CERTIFY** that the undersigned attorney electronically filed the foregoing with the Clerk of the Court, which will send notification of such filing to the parties subscribing to the CM/ECF System.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 16th day of July 2020.

.

       *S*/Fermín L. Arraiza-Navas
       USDC-PR No. 215705
       William Ramirez-Hernández+
       Executive Director
       American Civil Liberties Union of Puerto Rico
       Union Plaza
       416 Avenida Ponce de León, Suite 1105
       San Juan, Puerto Rico 00918
       (787) 753-9493
       (646) 740-3865
       farraiza@aclu.org

       Brian Hauss*
       Emerson Sykes+
       Arianna Demas+
       ACLU Foundation
       125 Broad Street, 18th Floor
       New York, New York 10004
       (212) 549-2500
       bhauss@aclu.org

       *Pro hac vice*
       + *Of counsel*
       *Attorneys for Plaintiffs*