IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **SANDRA RODRÍGUEZ-COTTO, <u>ET AL.</u>** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **WANDA VÁZQUEZ-GARCED, <u>et al.</u>,** <br><br> **Defendants.** | **CIVIL NO. 20-1235 (PAD)** |

**ORDER**

Defendants request reconsideration of the court's ruling at Docket No. 38. The court does not see any "manifest injustice" in the ruling, for it does not refer to expert witness' reports, depositions, or typical discovery materials, but to a statute. Evaluating defendants' motion for reconsideration, however, the court has confirmed defendants' representation that the text of the amendment is available at http://www.oslpr.org/sutra (Docket No. 39, p. 3). As of today, it does not seem that there is an official English language translation of this provision. Yet, given that the official version is available, plaintiffs must rely on their own certified translation.

**SO ORDERED.**

In San Juan, Puerto Rico, this 17th day of July, 2020.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge
