# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **SANDRA RODRÍGUEZ-COTTO;**<br>**RAFELLI GONZÁLEZ-COTTO**<br><br>*Plaintiffs,*<br><br>v.<br><br>**WANDA VÁZQUEZ-GARCED**, Governor of Puerto Rico; **INÉS DEL CARMEN CARRAU MARTÍNEZ**, Interim Secretary of Justice of Puerto Rico; **PEDRO JANER**, Secretary of the Department of Public Safety of Puerto Rico; **HENRY ESCALERA**, Commissioner of the Puerto Rico Police Bureau, all in their official capacities<br><br>*Defendants.* | **CIVIL No.** 20-01235 (PAD)<br><br>**RE:** Preliminary and Permanent Injunction |

## JOINT MOTION IN COMPLIANCE WITH COURT ORDER

**COME NOW** Plaintiffs and Defendants, through their undersigned attorneys, and respectfully state as follows:

1. In its text Order of July 31, 2020, Docket No. 52, the Court ordered the parties to "confer and advise the court whether they will be relying on the joint factual stipulations filed at Docket No. 23".

2. Having met and conferred, the parties now respectfully inform the Court that they have agreed to amend the joint factual stipulations so that they reflect the events that have occurred since the filing of the original *Joint Motion Submitting Factual Stipulations of Uncontested Facts* on June 19, 2020. *See* Docket No. 23. Thus, the parties will be relying on the amended joint factual stipulations attached to the instant motion.

3. The amended joint factual stipulations are attached to this motion as Exhibit A.

**WHEREFORE**, the parties request that this Honorable Court take notice of the present motion and the joint factual stipulations attached herein.

**I HEREBY CERTIFY** that the undersigned attorneys electronically filed the foregoing with the Clerk of the Court, which will send notification of such filing to the parties subscribing to the CM/ECF System.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 17th day of August 2020.

S/ Fermin L. Arraiza-Navas
#215705
William Ramirez-Hernández+
American Civil Liberties Union
of Puerto Rico
Union Plaza, Suite 1105
416 Avenida Ponce de León
San Juan, Puerto Rico 00918
(787) 753-9493
(646) 740-3865
farraiza@aclu.org

Brian Hauss*
Emerson Sykes+
Arianna Demas+
ACLU Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500
bhauss@aclu.org

*Pro hac vice
+ Of counsel

*Attorneys for Plaintiffs*

| | |
|---|---|
| **INÉS DEL CARMEN CARRAU-MARTÍNEZ**<br>Interim Secretary of Justice<br><br>**WANDYMAR BURGOS-VARGAS**<br>Deputy Secretary in Charge of Litigation<br><br>**SUSANA I. PEÑAGARÍCANO-BROWN**<br>Director of Legal Affairs<br>Federal Litigation and Bankruptcy Division | **Department of Justice of Puerto Rico**<br>Federal Litigation Division<br>PO Box 9020192<br>San Juan, PR 00902-0192<br><br>***/s/ Juan C. Ramírez-Ortiz***<br>**JUAN C. RAMÍREZ-ORTIZ**<br>USDC-PR No. 306507<br>Tel. (787) 721-2900, ext. 1421<br>juramirez@justicia.pr.gov<br><br>***/s/Joel Torres Ortiz***<br>**JOEL TORRES ORTIZ**<br>USDC-PR No. 302311<br>Tel. (787) 721-2900, ext. 1421 & 1412<br>joeltorres@justicia.pr.gov |

*Attorneys for Defendants*