UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANDRA RODRÍGUEZ COTTO;
RAFELLI GONZÁLEZ COTTO,

    *Plaintiffs*,

  v.

WANDA VÁZQUEZ GARCED, Governor of Puerto Rico; INÉS DEL C. CARRAU-MARTÍNEZ, Interim Secretary of Department of Justice of Puerto Rico; PEDRO JANER, Secretary of Puerto Rico Department of Public Safety; HENRY ESCALERA, Puerto Rico Police Commissioner, all in their official capacities,

    *Defendants*.

Civil Action No.: 3:20-01235-PAD

## JOINT MOTION IN COMPLIANCE WITH COURT ORDER

**COME NOW** Plaintiffs and Defendants, through their undersigned attorneys, and respectfully state as follows:

1. In its text Order of September 22, 2020, Dkt. No. 77, the Court ordered the parties to confer and advise the Court on what the next steps should be in the litigation.

2. Having met and conferred, the parties now respectfully advise the Court that they believe the Court should conduct an argumentative hearing on Plaintiffs' renewed motion for preliminary injunction, Dkt. No. 48.

3. As the parties' briefs make clear, they agree that the presence or absence of chill to Plaintiffs' journalistic sources is irrelevant to the standing analysis. *See* Dkt. No. 50 at 16; Dkt. No. 62 at 7; Dkt. No. 70 at 6; Dkt. No. 74 at 2. The parties therefore respectfully submit that

Plaintiffs' motion for preliminary injunction can be resolved on the record currently before the Court without resort to discovery or an evidentiary hearing.[1]

4. The parties accordingly propose that the Court hold a hearing on Plaintiffs' renewed motion for preliminary injunction to address any questions the Court might have regarding the parties' submissions.

I HEREBY CERTIFY that the undersigned attorney electronically filed the foregoing with the Clerk of the Court, which will send notification of such filing to the parties subscribing to the CM/ECF System.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 25th day of September 2020.

                S/ Fermin L. Arraiza-Navas

                #215705
                William Ramirez-Hernández+
                American Civil Liberties Union
                of Puerto Rico
                Union Plaza, Suite 1105
                416 Avenida Ponce de León
                San Juan, Puerto Rico 00918
                (787) 753-9493
                (646) 740-3865
                farraiza@aclu.org

                Brian Hauss*
                Emerson Sykes+
                Arianna Demas+
                ACLU Foundation
                125 Broad Street, 18th Floor
                New York, New York 10004

---

[1] However, if the Court were to find that the allegations regarding the journalistic sources, were still a central issue in the instant case for the standing inquiry, Defendants reserve the right to request a limited discovery and an evidentiary hearing to address that matter. Further, if the court were to address the merits of the preliminary injunction and make factual determinations that were not stipulated, defendants reserve the right to request a limited discovery and an evidentiary hearing. Plaintiffs reserve the right to rely on all the evidence in the record.

(212) 549-2500
bhauss@aclu.org

*Pro hac vice
+ Of counsel

*Attorneys for Plaintiffs*

| | |
|---|---|
| **INÉS DEL CARMEN CARRAU MARTÍNEZ**<br>Interim Secretary of Justice<br><br>**WANDYMAR BURGOS-VARGAS**<br>Deputy Secretary in Charge of Litigation<br><br>**SUSANA I. PEÑAGARÍCANO-BROWN**<br>Director of Legal Affairs<br>Federal Litigation and Bankruptcy Division | */s/ Juan C. Ramírez-Ortiz*<br>**JUAN C. RAMÍREZ-ORTIZ**<br>USDC-PR No. 306507<br>Department of Justice of Puerto Rico<br>Federal Litigation Division<br>PO Box 9020192<br>San Juan, PR 00902-0192<br>Phone: (787)721-2900, ext. 1421<br>juramirez@justicia.pr.gov<br><br>*/s/Joel Torres Ortiz*<br>**JOEL TORRES ORTIZ**<br>USDC-PR No. 302311<br>Department of Justice of Puerto Rico<br>Federal Litigation Division<br>PO Box 9020192<br>San Juan, PR 00902-0192<br>Tel. (787) 721-2900, ext. 1421 & 1412<br>joeltorres@justicia.pr.gov |

*Attorneys for Defendants*