UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SANDRA RODRÍGUEZ COTTO; RAFELLI GONZÁLEZ COTTO,<br><br>*Plaintiffs*,<br><br>v.<br><br>PEDRO PIERLUISI-URRUTIA, Governor of Puerto Rico; DOMINGO EMANUELLI-HERNANDEZ, Secretary of Department of Justice of Puerto Rico; ALEXIS TORRES, Secretary of Puerto Rico Department of Public Safety; HENRY ESCALERA, Puerto Rico Police Commissioner, all in their official capacities,<br><br>*Defendants*. | Civil Action No.: 3:20-01235-PAD |

**PLAINTIFFS' NOTICE IN RESPONSE TO COURT ORDER**

**COME NOW** Plaintiffs, through their undersigned attorneys, and respectfully state as follows:

1. In its text Order of July 5, 2022, Dkt. No. 86, the Court indicated that it intends to consolidate the preliminary and permanent injunction proceedings in this matter and directed the parties to inform the Court by July 19, 2022, whether special measures should be considered for the consolidation. The Court also stated that the parties may file supplemental briefs regarding pending issues by the same date.

2. Plaintiffs respectfully inform the Court that they do not believe special measures are necessary to consolidate the preliminary and permanent injunction proceedings in this case.

3. Plaintiffs also do not believe that supplemental briefing is necessary; however, Plaintiffs respectfully request an opportunity to respond to any supplemental briefing filed by Defendants.

I HEREBY CERTIFY that the undersigned attorney electronically filed the foregoing with the Clerk of the Court, which will send notification of such filing to the parties subscribing to the CM/ECF System.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 14th day of July 2022.

> S/*Fermín L. Arraiza-Navas*
> FERMIN L. ARRAIZA-NAVAS
> USDC-PR No. 215705
>
> William Ramirez-Hernández+
> American Civil Liberties Union of Puerto Rico
> Union Plaza
> 416 Ponce de León Avenue, Suite 1105
> San Juan, PR 00918
> (787) 753-9493
> (646) 740-3865
> farraiza@aclu.org
> Brian Hauss*
> Emerson Sykes+
> American Civil Liberties Union Foundation
> 125 Broad Street, 18th Floor
> New York, NY 10004
> (212) 549-2500
> bhauss@aclu.org
>
> *Pro hac vice*
> + *Of counsel*
>
> *Attorneys for Plaintiffs*