# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
## Transmittal of Abbreviated Record to the Court of Appeals

**DATE:** July 27, 2023

**DC #:** 20-1235 (PAD)

**APPEAL FEE PAID:**     YES  _____   NO  __X__

**CASE CAPTION:**     Sandra Rodríguez-Cotto  v.  Pierluisi-Urrutia

**IN FORMA PAUPERIS:**     YES  _____   NO  __X__

**MOTIONS PENDING:**     YES  _____   NO  __X__

**NOTICE OF APPEAL FILED BY:**     Defendants

**APPEAL FROM:**     Judgment entered on 03/31/2023,
Opinion and Order entered on 04/03/2023 and
Order entered on 06/16/2023

**SPECIAL COMMENTS:**     Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**Docket Entries 93, 94, 103 & 105**

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated record on appeal in the case.

ADA I. GARCIA-RIVERA, ESQ
Clerk of Court

S/ Mildred Concepción
Mildred Concepción
Deputy Clerk

s/c: CM/ECF Parties, Appeals Clerk